UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| **SHARON L. KUPIEC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Case No. 11-CV-2149** |
| ) | |
| **DECATUR ATHLETICE CLUB, INC.,** ) | |
| **a/k/a Decatur Athletic Club, Inc.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#21) was filed by Magistrate Judge David G. Bernthal in the above cause on December 16, 2011. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#21) is accepted by this court.

(2) Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (#5) is GRANTED pursuant to Rule 56 of the Federal Rules of Civil Procedure. Judgment is entered in favor of Defendant and against Plaintiff.

(3) This case is terminated.

ENTERED this 5th day of January, 2012

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE